AMY K. VAN ZANT (CA SBN 197426)
avanzant@orrick.com
CHRIS R. OTTENWELLER (CA SBN: 73649)
cottenweller@orrick.com
JESSE Y. CHENG (CA SBN 259909)
jcheng@orrick.com
JASON K. YU (CA SBN 274215)
jasonyu@orrick.com
EVAN D. BREWER (CA SBN: 304411)
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiff-Intervenor
LAWRENCE LIVERMORE NATIONAL
SECURITY, LLC

MICHAEL A. MORIN (*pro hac vice*)
michael.morin@lw.com
EMILY SAUTER (CA SBN 265679)
emily.sauter@lw.com
LATHAM AND WATKINS LLP
555 Eleventh Street Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 408-4400

JS-6

Attorneys for Defendant
ABBOTT MEDICAL OPTICS INC.

*Additional counsel on second page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE LIVERMORE NATIONAL SECURITY, LLC, a Delaware limited liability company,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ABBOTT MEDICAL OPTICS INC., a Delaware corporation,<br><br>Defendant. | Case No. 8:15-cv-01686-JVS (JCGx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

1  DEAN G. DUNLAVEY (CA SBN 115530)
   dean.dunlavey@lw.com
2  LATHAM AND WATKINS LLP
   650 Town Center Drive 20th Floor
3  Costa Mesa, CA 92626-1925
   Telephone: (714) 540-1235
4  Facsimile: (714) 755-8290

5  ROGER J. CHIN (CA SBN 184662)
   roger.chin@lw.com
6  LATHAM AND WATKINS LLP
   505 Montgomery Street Suite 2000
7  San Francisco, CA 94111
   Telephone: (415) 391-0600
8  Facsimile: (415) 395-8095

9  CASSIUS K. SIMS (*pro hac vice*)
   cassius.sims@lw.com
10 STEPHEN D. O'DONOHUE (*pro hac vice*)
   stephen.odonohue@lw.com
11 LATHAM AND WATKINS LLP
   885 Third Avenue
12 New York, NY 10022
   Telephone: (212) 906-1200
13 Facsimile: (212) 751-4864

14 Attorneys for Defendant
   ABBOTT MEDICAL OPTICS INC.
15

16 DAVID R. SHAUB (CA SBN 032322)
   dshaub@wkbllp.com
17 LISBETH BOSSHART MERRILL (CA SBN 201822)
   lmerrill@wkbllp.com
18 CASSANDRA M. TAM (CA SBN 270227)
   ctam@wkbllp.com
19 WILSON KEADJIAN BROWNDORF, LLP
   1900 Main Street, Suite 600
20 Irvine, CA 92614
   Telephone: (888) 690-5557
21 Facsimile: (949) 234-6254

22 Attorneys for Plaintiff and Counter-Defendants
   JOSEPH NEEV and FEMTO-SEC TECH, INC.

1      Upon consideration of the parties' Stipulation of Dismissal, and for good cause having been shown,

IT IS HEREBY ORDERED THAT:

1. All claims of infringement of U.S. Patent No. 5,720,894 ("the '894 patent") that Lawrence Livermore National Security, LLC ("LLNS") has asserted or could have asserted against Abbott Medical Optics Inc. ("AMO") are dismissed with prejudice.

2. All claims of infringement of the '894 patent that Femto-Sec Tech, Inc. ("Femto-Sec") has asserted or could have asserted against AMO are dismissed with prejudice.

3. All counterclaims related to the '894 patent that AMO has asserted or could have asserted against LLNS or Femto-Sec are dismissed with prejudice.

4. LLNS, Femto-Sec, Neev, and AMO will each bear their own costs, expenses and legal fees, except as pursuant to the Mutual Release between LLNS, Femto-Sec, and Neev in which LLNS, Femto-Sec, and Neev reserved all claims against one another related to the '894 patent, including claims for cost and fee sharing for litigating the '894 patent against AMO.

IT IS SO ORDERED.

Dated: April 10, 2017      By: _____
                                                      Honorable James V. Selna
                                                      United States District Judge